UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 10-24216-CIV-MORENO

DANIEL WECKESSER,

    Petitioner,

vs.

DEPARTMENT OF CORRECTIONS,

    Respondent.
_____/

**CLOSED CIVIL CASE**

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND ORDER TRANSFERRING CASE TO MIDDLE DISTRICT OF FLORIDA

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Petitioner's Petition for Writ of Habeas Corpus **(D.E. No. 1)**, filed on **November 24, 2010**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 6)** on **December 10, 2010**. The Court has reviewed the entire file and record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 6)** on **December 10, 2010** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that this case is hereby transferred to the Middle District of Florida, where the appropriate venue for this petition lies. The Clerk of Court is directed to transfer this case to the Middle District of Florida and to mark this case as closed.

DONE AND ORDERED in Chambers at Miami, Florida, this 21st day of December, 2010.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Patrick A. White

Counsel of Record